AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 13 - 2026
John M. Domurad, Clerk

Louinel Coulanges, by Daphney C Joseph
Petitioner
Propose d Next Friend

v.

Case No. 9:26-cv-2096 AJB
(Supplied by Clerk of Court)

Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Louinel Coulanges
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Champlain US Customs & Border Protection
   (b) Address: 237 W Service Rd, Champlain, NY 12919
   (c) Your identification number: A number: A-220376243
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: US Border Patrol Champlain NY

(b) Docket number, case number, or opinion number: A-220376243

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Continued detention by U.S Border Patrol and the reported plan to deport me and my family to Haiti even after expressing the fear of returning and have not received an asylum-officer fear interview

(d) Date of the decision or action: 10-12-2026

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?
☐ Yes ☑ No

(a) If "Yes," provide:
(1) Name of the authority, agency, or court:
(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: I did not appeal because I never received any notice of immigration court hearing, I was unaware I was supposed to appear before a judge.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ❒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 10-03-2026

(b) Date of the removal or reinstatement order: 07-18-2023

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Continued immigration detention with 2 minor children including a year old US citizen.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have been held by US ~~Cus~~ Border Patrol in Champlain NY for approximately one week. I have been informed that I may be removed Haiti on October 13th, 2026. The legal basis and review Procedures for my continued detention have not been explained to me.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☐ No

**GROUND TWO:** I express my fear of persecution or serious harm if returned to Haiti. I report that I have not received an interview with a U.S asylum officer and have been told that I will be deported

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I fear returning to Haiti because of widespread gang violence and insecurity. Armed gangs have taken over my home, leaving me without a safe place to live. I fear serious life or death situation for me and family.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:** Difficulty Accessing Legal Review

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have asked my niece to seek legal assistance on my behalf while remaining in CBP custody. I have been told that my removal is imminent. My ability to receive legal counsel and the courts before removal needs to be established.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☑ No

**GROUND FOUR:** Good Moral Character and Community Ties

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have no criminal record and I'm hardworking, responsible and a family man who has lived an examplary life, supported my wife and 2 children, maintained employment and purchased a home in North Carolina. I have established a strong Family and community ties in the United States. I love this country and my children call it home.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did not previously raise this ground because I was unaware that a removal order had been issued against me. I never received notice of my immigration court hearing and was therefore unaware that I had missed the hearing or needed to file an appeal

**Request for Relief**

15. State exactly what you want the court to do: An opportunity to remain in the country and follow path to legal status and maintain this strong family I was able to build thanks to this beautiful country.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

N/A

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-12-2026.

_______________________
*Signature of Petitioner*

Daphney Coulanges Joseph
*Signature of Attorney or other authorized person, if any*

## DECLARATION IN SUPPORT OF NEXT-FRIEND STANDING

**In re: Louinel Coulanges**

I, Daphney Coulanges Joseph, declare as follows:

**1.** I am the niece of Louinel Coulanges, and I seek to act as proposed next friend in connection with a petition for writ of habeas corpus under 28 U.S.C. § 2241.

**2.** Louinel Coulanges personally requested that I take lawful steps to assist with this immigration detention matter and seek legal assistance on their behalf.

**3.** To the best of my knowledge, Louinel Coulanges is detained by U.S. Border Patrol in Champlain, New York, and has been informed of a planned removal to Haiti on October 13, 2026.

**4.** Because Louinel Coulanges is in immigration custody and removal has been described as imminent, I am concerned about their ability to prepare and submit emergency court papers personally before removal.

**5.** I am acting in good faith and in Louinel Coulanges's interests, consistent with their expressed request for my help. I respectfully ask the Court to recognize me as proposed next friend for purposes of this petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 10-12-2026 At: 11:57 PM

Signature: [signature]

**Daphney Coulanges Joseph**
Proposed Next Friend

## To the Honorable Judge of the United States District Court

**Re: Urgent Humanitarian Plea Regarding Louinel Coulanges and His Family**

Your Honor,

My name is Daphney Coulanges Joseph, and I am writing with a heavy heart and a desperate plea for compassion and justice on behalf of my uncle, Louinel Coulanges, his wife, Dieuline Laborieux, and their two young daughters.

I understand and respect the laws of the United States and the authority of this Court. I am not asking that the law be disregarded. I am simply asking that my uncle and his family be given a meaningful opportunity to have their circumstances reviewed before they are returned to a country where they genuinely fear for their lives.

My uncle came to the United States hoping to build a safe and stable future for his family. He worked hard, supported his wife and children, and even purchased a home in North Carolina. To my knowledge, he has no criminal record. He has tried to build a responsible life and provide his daughters with opportunities every parent dreams of giving their children.

Today, that entire future is at risk.

My uncle and his wife are being held by U.S. Border Patrol in Champlain, New York. They have informed our family that officers intend to deport them to Haiti. They have repeatedly expressed their fear of returning, yet they have told me that they have not been given an opportunity to have those fears evaluated by a U.S. asylum officer.

Your Honor, the situation in Haiti is devastating. Armed gangs, kidnappings, killings, displacement, and widespread insecurity have made daily life dangerous for countless families. My uncle and his wife fear that returning to Haiti would expose them and their children to serious harm.

Their daughters are innocent children who deserve safety, stability, and the opportunity to grow up without fear. One of their daughters is a United States citizen. The possibility of these children being separated from their parents or forced to leave behind the only stability they know is heartbreaking.

I also respectfully ask the Court to consider my uncle's previous immigration proceedings. He has explained that he missed an immigration hearing because he never received the notice informing him that he was required to appear. He states that he was unaware a removal order had been issued against him and therefore did not know he needed to challenge that decision.

I understand that these circumstances must be examined under the law. I am not asking the Court to accept our statements without review. I am asking for an opportunity for the facts to be heard.

As his niece, I have spent days desperately contacting immigration attorneys, legal organizations, and government offices, hoping to find someone who can help. I have encountered financial barriers, unanswered calls, and limited time as the threat of removal grows closer.

I cannot describe the helplessness of knowing that someone you love may be sent into danger while you struggle to find a way to protect them.

Your Honor, behind every immigration case is a human life. Behind my uncle's name is a husband, a father, a hardworking man, and a family that loves him deeply.

I respectfully ask the Court, to the extent permitted by law and within its jurisdiction, to consider any available emergency relief that would allow my uncle and his family a meaningful opportunity to obtain legal review before removal.

I am not asking for special treatment. I am asking for fairness, due process, and an opportunity for this family's fears and circumstances to be considered.

Please consider the lives of these parents and their children, the dangers they fear in Haiti, and the potentially irreversible consequences of their removal.

Thank you, Your Honor, for taking the time to read my plea and for your consideration.

Respectfully submitted,

**Daphney Coulanges Joseph**
Niece of Louinel Coulanges
Date: 10-12-2026
Signature: ____________